IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE, COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-14-261 |
| L.A. CONTRACTORS, LTD., | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this **25th** day of February, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE