Case 4:14-cv-00261   Document 67   Filed in TXSD on 11/03/15   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE, COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-0261 |
| L.A. CONTRACTORS, LTD., | § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court. Accordingly, the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 3rd day of November, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE