United States District Court
Southern District of Texas
**ENTERED**
August 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE, COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-0261 |
| L.A. CONTRACTORS, LTD., | § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Recommendation and Order (Docket Entry No. 112) and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court. Accordingly, the Memorandum, Recommendation and Order is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 15th day of August, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE